UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 5

---------------------------------------------------

*Scott*

-v-

*Loux*

---------------------------------------------------

USCA NO. _____

SDNY NO. 07cv7565

JUDGE: KMW

DATE: Sept. 28, 2007

*[Stamp: U.S. DISTRICT COURT FILED SEP 28 2007 S.D. OF NY]*

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) ____THOMAS PISARCZYK____
FIRM ____APPEALS SECTION____
ADDRESS ____UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY____
____500 PEARL STREET, NEW YORK, NEW YORK 10007____
PHONE NO. ____(212) 805-0636____

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------------

DOCUMENTS                                                                                      DOC#

Clerk's Certificate
See Attached List of Numbered Documents

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME **

Balance of file transfered out to USDC-NDNY

(✓) Original Record                                          (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 28th Day of Sept ____, 2006.

**United States District Court for
the Southern District of New York**

Date: 9-28-07

-------------------------------------------------

*Scott*

-V-

*Foux*

-------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07cv7565

D.C. JUDGE KMW

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __3__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                    **Document Description**

**BALANCE OF FILE MISSING AT THIS TIME**

balance of file transferred to USDC-NDNY

9:07-cv-0936 GLS/DRH

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 28th Day of Sept. In this year of our Lord, Two Thousand and Six, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07565-KMW
### Internal Use Only

Scott v. Laux
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 08/27/2007
Date Terminated: 08/27/2007
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Kemorley Scott.(mbe) (Entered: 08/31/2007) |
| 08/27/2007 | 2 | COMPLAINT against Richard Laux. Document filed by Kemorley Scott.(mbe) (Entered: 08/31/2007) |
| 08/27/2007 | | Magistrate Judge Douglas F. Eaton is so designated. (jeh) (Entered: 09/06/2007) |
| 08/27/2007 | 3 | TRANSFER ORDER (N.D.N.Y.) Since a substantial part of the events or omissions giving rise to this claim allegedly occurred in the Northern District of N.Y., the action should be and hereby is transferred to the U.S.D.C. for the Northern District of New York. 28 U.S.C. 1391(b), 1406(a). The Clerk of this Court shall file and docket the complaint without payment of fees. Whether pltff. should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. A summons shall not issue from this Court. Sent original file along with documents numbered 1-2, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8582 4870 3290 on 09/06/2007. (Signed by Judge Kimba M. Wood on 08/27/2007) (jeh) (Entered: 09/06/2007) |
| 09/12/2007 | 4 | NOTICE OF APPEAL from [3] Transfer Order N.D.N.Y. (Complaint)(case opening only), Transfer Order N.D.N.Y. (Complaint)(case opening only), Transfer Order N.D.N.Y. (Complaint)(case opening only), Transfer Order N.D.N.Y. (Complaint)(case opening only). Document filed by Kemorley Scott. Copies mailed to the attorneys of record: Attorney Generals Office for the State of New York. (dt) (Entered: 09/27/2007) |
| 09/12/2007 | | Appeal Remark as to [4] Notice of Appeal, filed by Kemorley Scott. $ 455.00 APPEAL FILING FEE DUE. (dt) (Entered: 09/27/2007) |
| 09/17/2007 | | Received a letter from the United States District Court - Northern District of New York acknowledging receipt of the entire file and assigned Case Number: 9:07cv936 (GLS) (DRH). (jeh) (Entered: 09/17/2007) |
| 09/27/2007 | | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal,. (dt) (Entered: 09/27/2007) |
| 09/28/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (tp) (Entered: 09/28/2007) |
| 09/28/2007 | 5 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for [4] Notice of Appeal, filed by Kemorley Scott 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/28/2007) |
| 09/28/2007 | | Appeal Record Sent to USCA (File). Indexed record on Appeal Files for [4] Notice of Appeal, filed by Kemorley Scott were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/28/2007) |