MANDATE

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
**CLERK OF COURT**

| | |
|---|---|
| **Date:** 12/19/07 | DC Docket Number: 07-cv-7565 |
| Docket Number: 07-4210-pr | DC: SDNY (NEW YORK CITY) |
| Short Title: Scott v. Laux | DC Judge: Honorable Kimba Wood |

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of December, two thousand seven.

Kemorley Scott,

        Plaintiff-Appellant,

    v.

Doctor Richard Laux,

        Defendant-Appellee.



    The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

    The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order April 9, 2007, United States District Court for the Southern District of New York (NYNY)P be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _____

Connie Mazariego, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

Certified:

DEC 19 2007

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O`Hagan Wolfe
**CLERK OF COURT**

**Date:**        12/19/07

Docket Number: 07-4210-pr

Short Title:        Scott v. Laux

DC Docket Number: 07-cv-7565

DC:        SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of December, two thousand seven.

Kemorley Scott,

        Plaintiff-Appellant,

    v.

Doctor Richard Laux,

        Defendant-Appellee.



The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order April 9, 2007, United States District Court for the Southern District of New York (NYNY)P be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O`Hagan Wolfe, Clerk

By:

Connie Mazariego, Deputy Clerk

THE CERTIFIED ( ) ORDER ( ) NOTICE
( ) STATEMENT OF COSTS
HAS BEEN RECEIVED BY: 
DATE